IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNALDO SEIJAS AQUINO, | : |
| | : |
| *Petitioner,* | : |
| | : |
| v. | : CIVIL NO. 26-0386 |
| | : |
| JAMAL L. JAMISON, *et al.*, | : |
| | : |
| *Respondents.* | : |

### ORDER

**AND NOW,** this **29th** day of **January 2026,** upon consideration of Mr. Seijas Aquino's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 3), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Seijas Aquino from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on January 30, 2026**.

2. The Government is enjoined from detaining Mr. Seijas Aquino under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Government shall submit by **February 12, 2026** a brief explaining its position regarding Mr. Seijas Aquino's request for attorneys' fees and costs. Mr. Seijas Aquino may submit a reply by **February 19, 2026**. Briefs must conform with Judge Scott's Policies and Procedures.

BY THE COURT:

*/s/ Kai N. Scott*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**