IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARNALDO SEIJAS AQUINO,

      *Petitioner*

      v.

J.L. JAMISON, ET AL.,

      *Respondents.*

Civ No: 26-386 (Judge Scott)

## STIPULATION AND ORDER

The parties, subject to the Court's ORDER, hereby stipulate and agree as follows:

1. The deadline for the respondents to brief the issue of attorneys' fees as ordered by the Court in its January 29, 2026 ORDER (Doc. No. 8) shall be extended from February 12, 2026, until February 18, 2026.

2. The petitioner shall have two weeks (until March 4, 2026) to file his brief in response and may also file an application setting forth his costs and attorneys' fees.

3. The respondents shall have one week (until March 11, 2026) to file their reply, and, if they choose, to address the reasonableness of the costs and attorneys' fees as set forth in petitioner's application.

February 11, 2026

/s/ Christopher Setz-Kelly
CHRISTOPHER P. SETZ-KELLY
HIAS Pennsylvania
600 Chestnut Street
Suite 500b
Philadelphia, PA 19106
Csetz@hiaspa.Org
*Counsel for Petitioner*

/s/ Judith Amorosa
JUDITH A.K. AMOROSA
Assistant U.S. Attorney
United States Attorney's Office
615 Chestnut St.
Philadelphia, PA 19106
Judith.Amorosa@usdoj.gov
*Counsel for Respondents*

**BY THE COURT**

_____
HON. KAI N. SCOTT
United States District Court **Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing stipulation and order was filed electronically and is available for viewing and downloading from the ECF system.

February 11, 2026

                                           /s/ Judith A.K. Amorosa
                                           JUDITH A.K. AMOROSA
                                           Assistant United States Attorney