**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARNALDO SEIJAS AQUINO,** | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-386** |
| | : | |
| **J.L. JAMISON et al.,** | : | |
| *Respondents.* | : | |
| | : | |

**ORDER**

**AND NOW,** this **5th** day of **August 2026,** upon consideration of Petitioner's Request for Attorneys' Fees (ECF No. 13) and Respondents' Opposition to the Request (ECF Nos. 12, 14), it is hereby **ORDERED** that the Request is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. Respondents are **ORDERED** to pay Petitioner's Attorneys' Fees in the amount of **$4,969.00**.
2. The Clerk of Court shall mark this case as **CLOSED**.

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**